**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDRE McCLAINE | : | CIVIL ACTION |
| v. | : | NO. 02-CV-3538 |
| JUDGE JOHN J.CHIOVERO | : | |
| JUDGE AMANDA COOPERMAN | : | |

**ENTRY OF APPEARANCE**
_____

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance for Defendants, Hon. John J. Chiovero and Hon. Amanda Cooperman, in the above captioned case.

_____
**MARY E. BUTLER, ESQUIRE**
PA Attorney I.D. No. 34922
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
(215) 560-6300
**Attorney For Defendants**
**HON. JOHN J. CHIOVERO**
**HON. AMANDA COOPERMAN**

IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE McCLAINE : CIVIL ACTION
    v. : NO. 02-CV-3538
JUDGE JOHN J. CHIOVERO :
JUDGE AMANDA COOPERMAN

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 14, 2002, she personally caused to be served upon the following a true and correct copy of *Entry of Appearance* on behalf of Defendants, Hon. John J. Chiovero and Hon. Amanda Cooperman, by mailing same first class, postage prepaid, U.S. mail to:

    Andre McClain #779084
    Curran-Fromhold Correctional Facility
    7901 State Road
    Philadelphia, PA 19136

_____
**MARY E. BUTLER, ESQUIRE**
PA Attorney I.D. No. 34922
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
(215) 560-6300
**Attorney For Defendants**
**HON. JOHN J. CHIOVERO**
**HON. AMANDA COOPERMAN**