IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE MCLAINE, | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN J. CHIOVERIO, JUDGE, and | : | |
| AMANDA COOPERMAN, JUDGE, | : | |
|       Defendants. | : | No. 02-3538 |

**ORDER AND RULE TO SHOW CAUSE**

      **AND NOW**, this       day of **September, 2002**, in consideration of Defendants' filing of their motion to dismiss on August 14, 2002, and Plaintiff's failure to respond to this motion within the period required by Rule 7.1 of the Local Rules of Civil Procedure, it is hereby **ORDERED** that:

1. By **September 30, 2002**, Plaintiff shall respond to Defendants' outstanding motion to dismiss and shall show cause as to why his complaint should not be dismissed for failure to respond to Defendants' motion within the period required.

2. Failure to respond to Defendants' motion to dismiss by the above-noted deadline may result in dismissal of Plaintiff's complaint.

                                        BY THE COURT:

                                        _____

                                        **Berle M. Schiller, J.**